# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY PAUL PENDERGAST<br><br>Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security.<br><br>Defendant. | Case No.: 1:16-cv-00748-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME TO FILE PLAINTIFF'S OPENING BRIEF<br><br>(ECF No. 14) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall file his opening brief on or before February 14, 2017;
2. Defendant's opposition shall be filed on or before March 17, 2017; and
3. Plaintiff's reply, if any, shall be filed on or before April 3, 2017.

IT IS SO ORDERED.

Dated: **January 18, 2017**

UNITED STATES MAGISTRATE JUDGE