UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY PAUL PENDERGAST,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:16-cv-00748-SAB<br><br>ORDER RE SECOND STIPULATION TO EXTEND TIME TO FILE PLAINTIFF'S OPENING BRIEF<br><br>(ECF No. 16) |

On February 14, 2017, the parties filed a stipulated request that an extension of time be granted to allow Plaintiff to file an opening brief and indicated that an extension was needed as the parties have been unable to reach a settlement in this action. (ECF No. 16.) The Court shall grant the parties' request. However, the parties are advised that due to the impact of social security cases on the Court's docket and the Court's desire to have cases decided in an expedient manner, requests for modification of the briefing scheduling will not routinely be granted and will only be granted upon a showing of good cause. Further, requests to modify the briefing schedule that are made on the eve of a deadline will be looked upon with disfavor and may be denied absent good cause for the delay in seeking an extension.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed on or before February 28, 2017;
2. Defendant's response shall be filed on or before March 30, 2017; and
3. Plaintiff's reply, if any, shall be filed on or before April 14, 2017.

IT IS SO ORDERED.

Dated:   **February 15, 2017**

UNITED STATES MAGISTRATE JUDGE