# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY PAUL PENDERGAST,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.: 1:16-cv-00748-SAB<br><br>ORDER SETTING SETTLEMENT CONFERENCE |

On May 27, 2016, Plaintiff Gary Pendergast filed the instant social security action. The court has determined that this case will benefit from a settlement conference. Therefore, this case will be referred to Magistrate Judge Michael J. Seng to conduct a settlement conference at the U.S. District Court, 2500 Tulare Street, Fresno, California 93721 in Courtroom #6 on August 18, 2017, at 10:00 a.m.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This case is set for a settlement conference before Magistrate Judge Michael J. Seng on August 18, 2017, at 10:00 a.m. at the U. S. District Court, 2500 Tulare Street, Fresno, California 93721 in Courtroom #6.

2. A representative with full and unlimited authority to negotiate and enter into a binding settlement shall attend in person. The parties, Gary Paul Pendergast and the Commissioner of Social Security, are not required to attend.

3. Those in attendance must be prepared to discuss the claims. The failure of any

1

counsel, party or authorized person subject to this order to appear in person may result in the imposition of sanctions. In addition, the conference will not proceed and will be reset to another date.

4. Each party shall provide a confidential settlement statement to the following email address: **mjsorders@caed.uscourts.gov**. Settlement statements shall arrive no later than August 11, 2017. Parties shall also file a <u>Notice of Submission of Confidential Settlement Conference Statement</u> (See Local Rule 270(d)).

Settlement statements **should not be filed** with the Clerk of the Court **nor served on any other party**. Settlement statements shall be clearly marked "confidential" with the date and time of the settlement conference indicated prominently thereon.

The confidential settlement statement shall be **no longer than five pages** in length, typed or neatly printed, and include the following:

   a. A brief statement of the facts of the case.
   b. The relief sought.
   c. The party's position on settlement, including a history of past settlement discussions.
   d. A brief statement of each party's expectations and goals for the settlement conference.
   e. Whether this case should be remanded or benefits be granted based on the September 19, 2016 favorable decision on the Title XVI claim which found that Plaintiff was disabled from September 28, 2012, through September 19, 2016.

IT IS SO ORDERED.

Dated: **June 30, 2017**

UNITED STATES MAGISTRATE JUDGE

2