# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| GARY PAUL PENDERGAST,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:16-cv-00748-SAB<br><br>ORDER RE STIPULATION TO VOLUNTARILY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(ECF No. 22) |

Plaintiff Gary Paul Pendergast filed this action on May 27, 2016, challenging the Social Security Commissioner's denial of his application for benefits. On July 31, 2017, the parties in this action filed a stipulation to remand this action for further administrative action.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED THAT:

1. All proceedings in this matter are VACATED;
2. This action is remanded for further administrative action; and
3. The Clerk of the Court is DIRECTED to enter a final judgment in favor of Plaintiff Gary Paul Pendergast, and against Defendant Commissioner of Social Security.

IT IS SO ORDERED.

Dated: __August 1, 2017__

                                               UNITED STATES MAGISTRATE JUDGE

1